# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JOHN R. RAWLS,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIV. ACTION: 2:24-00055-KD-MU |
| | ) |
| **PNC BANK, N.A.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (Doc. 11), made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72 and dated March 29, 2024, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiffs' Motion Opposing Removal of Action or Alternatively Transfer to Forum More Convenient, (Doc. 6), is **DENIED**.

**DONE** and **ORDERED** this the **26th** day of **April 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**